# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX CICCOTELLI, )<br>)<br>      Plaintiff, )<br>)<br>   v. )<br>)<br>CORNERSTONE ONDEMAND, INC., )<br>PHIL SAUNDERS, ADAM MILLER, )<br>RICHARD HADDRILL, NANCY )<br>ALTOBELLO, FELICIA ALVARO, DEAN )<br>CARTER, ROBERT CAVANAUGH, JOE )<br>OSNOSS, STEFFAN TOMLINSON, and )<br>SARA MARTINEZ TUCKER, )<br>)<br>      Defendants. ) | Case No. 1:21-cv-07553-JPC-SDA |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 21, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Seth D. Rigrodsky
Timothy J. MacFall
Gina M. Serra
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
(516) 683-3516
sdr@rl-legal.com
tjm@rl-legal.com
gms@rl-legal.com
vl@rl-legal.com

*Attorneys for Plaintiff*